HOMER E. HAWKINS (3)

CDC# ID C-55875

IRONWOOD STATE PRISON

P.O. BOX= 2199

BLYTHE CA. 92226-2199

IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT OF

NORTHERN DISTRICT OF CALIFORNIA

C 07 5012 SI (PR)

| | |
|---|---|
| HOMER E. HAWKINS (3), | CASE NO. CV- |
| Petitioner, | (CADE NO.Re: SC-058641) |
| | PETITIONER FOR DECLARATOR |
| Vs. | JUDGEMENT UNDER FEDERAL |
| | DECLARTORY JUDGEMENT ACT |
| DEBORAH DEXTER, WARDEN, | TITLE, 28 U.S.C.A. § 2201, |
| et al., , | 2202 |
| Respondents./ | Title, 28 U.S.C. § 2284(b)(1) |

I

JURIDICTION

This petition alleges that the Federal Constitutional Rights of petitioner "HOMER E. HAWKINS(3)", who presently resides at Irowood State Prison, P.O. Box= 2199, Blythe, Ca. 92226, were violated by administrative action of the California Lesgislative, Govener, Judge, which actions were directed against petitioner at San Motel County Court, and the court giving rise to actual controversy within Federal Jurisdiction. Accordingly, the Honorable

1  United States District Court, Northern District of California has
2  Jurisdiction to act pursuant to Title, 28 U.S.A. § 2201, 2202;
3  Title 28 U.S.C. § 2284 (b)(1).

## II

## PARTIES

Petitioner Homer E. Hawkins(3), is incarcerated at Ironwood State Prison, Warden Dexter, Legal custodian of petitioner. Jame Tilton, is the Secretary of the California Department of Corrections, and Mr. Arnold Schwarzenegger, Legislative, is responsible for the operation of each of its state prisons, including the operation of the California Board of Prison Hearings..

## III

## CLAIM-A

Whether or not under the Rules of LENITY, State agency exceeds its jurisdiction in the administration of petitioner's (80-years to life) term due to Statute's ambiguity in violation of Due Process/ Liberty Interest.

## CLAIM-B

Whether or not standing is Ultra Vires triggered by an ambiguous Statut,"U.S. Const. Amend. VI" against state agency's, court administration of petitioner's 80 year to life term, thus rendering it without fundamental jurisdiction and in constitutional error and Intrusive Relief.

FACTS FOR RELIEF:

1.) In 2005, at fifty years of age, petitioner was remanded to the custody of California Department of Corrections for a term not to exceed 80 years to life for conviction of First Degree Burglary in Dec. 28, 2005. Under [Re:case No. San Motel Co. Super. Ct. SF-339103; Re:case No. Court of Appeal. A-110179; Re:case No. court of Appeal. A116268; Re:case No. Supreme court of California. S-134231].

2.) The Controvery is a violation of "Propria Persona"[UNITED STATES CONSTITUTION, SIXTH AMENDMENT] right of Self-Representation of adequate to prepare a defense. The administration trial court system hinder the efforts to have resources to assist petitioner in the "DUE PROCESS" defense tools that guaranteed by the Amendment of American Justice--through the calling and interrogation of favorable witnesses. And established in (Faretta Vs. California, 422 U.S. 806, 95 S. Ct. 2525, 2533-34, 45 L. Ed. 2d 562 (1975).),(Milton v. Morris, 767 F. 2d 1443 (9th Cir. 1985).)

3.) As a result of the actual controverys as described herein, petitioner suffers Uncertainty and Insecurities as to his Legal federal Rights in question.

4.) 28 U.S.C.A. § 2201, 2202. Thus, Declaratory Judgement would therefore afford a speedy and inexpensive method of adjudicating this legal dispute, settle the legal rights of the parties and remove uncertainty and insecurity from the legal relationship between petitioner and the State of California.

5.) 18 U.S.C. § 3626 (a) (3) (A), a request for a Three-Judge court and Material sufficient to demonstrate that the requirements of subparagraph (A) have been met. 18 U.S.C. § 3626 (a)

1  (3) (c).

2  6.) United States court of Appeals for the Ninth Circuit to
3  satisfy the notification requirement of 28 U.S.C. § 2284 (b)
4  (1). For purposes of judicial economy and avoiding the risk of
5  inconsistent judgments.

                                   IV
                              PRAYER OF RELIEF

Wherefore the facts set forth herein satisfies the discretion of this Honorable District Court, Pursuant to the Declaratory Judgement Act petitioner does pray for declaration as follows:

1.) This Court's immediate issuance of Orders;

a.) Declaring the Rights of the Parties;

b.) Require the Respondent to show cause why its policy of the state of California [NOT] to apply the Federal Rules in the administration court, petitioner prison term, when the nature of the term is ambiguous;

c.) Declaring whether or not under the Federal Rules of California, the State agency exceeds its jurisdiction in the adminstration of petitioner (80) years to life term, due to the Statute's ambiguity in violation of Due Process/Liberty Interest.

I DECLARE UNDER PENALTY OF PERJURY, THAT THE FACTS AND THE STATEMENTS ARE TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED THIS 20 DAY OF September, 2007, AT IRONWOOD STATE PRISON BLYTHE, CALIFORNIA.

*[signature]*

DECLARANT IN PRO PER.
HOMER E. HAWKINS (3)