

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

HOMER E. HAWKINS (3)
CDC # ID. C-55275
IRONWOOD STATE PRISON
P.O. Box = 2199
Blythe, CA.
zip - 92226

LEGAL - MAIL