UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOMER E. HAWKINS,

      Plaintiff,

v.

DEBORAH DEXTER et al,

      Defendant.
_____/

Case Number: CV07-05012 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homer Earl Hawkins
C-55875
Ironwood State Prison
PO Box 2199
Blythe, CA 92226

Dated: April 22, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk