UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS, | No. C 07-5012 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEBORAH DEXTER, warden, | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 18, 2008

SUSAN ILLSTON
United States District Judge